**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No.8:25-cv-545**

**NIGEL LUCOMBE,**
Plaintiff,

v.

**TRUSTED CASH HOME BUYER L.L.C.,**
**AND GRANT GALLOWAY**

Defendants,
_______________________________/

**COMPLAINT AND**
**DEMAND FOR JURY TRIAL**

PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant **TRUSTED CASH HOME BUYER L.L.C., AND GRANT GALLOWAY**, have resolved their case. Plaintiff hereby requests the Court dismiss the case against, **TRUSTED CASH HOME BUYER L.L.C., AND GRANT GALLOWAY** with prejudice.

Dated June 26, 2025,

Respectfully Submitted,

Nigel Lucombe,
Plaintiff, Pro Se
P.O. Box 2589
Lutz, FL 33548
813-900-7705
Nlucombe@gmail.com

/s/ Nigel Lucombe,